## IGNAZ STRAUSS & CO. v. UNITED STATES

**No. 5638.**—Invoices dated Yokohama, Japan, June 9, 1939, etc.
Certified June 14, 1939, etc.
Entered at New York, N. Y., July 13, 1939, etc.
Entry No. 704888/1, etc.

(Decided May 18, 1942)

*Puckhafer, Rode and Rode* (*John D. Rode* of counsel) for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General (*Daniel I. Auster,* special attorney).
for the defendant.

TILSON, Judge: In the three appeals listed above counsel for the respective parties have agreed that the appraised value of the rayon mats, less any additions made by the importer by reason of the so-called Japanese consumption tax, to meet advances by the appraiser in similar cases, represents the export value of such items, and that there was no higher foreign value at or about the date of exportation.

On the agreed facts, I find and hold the proper dutiable export value of the rayon mats covered by the three appeals listed above to be the value found by the appraiser, less any additions made by the importer by reason of the so-called Japanese consumption tax. Judgment will be rendered accordingly.